In re BALLY GAMING, INC.

No. 2011–1132.

United States Court of Appeals,
Federal Circuit.

Aug. 22, 2011.

## ON MOTION

## ORDER

Upon consideration of the parties' joint motion to stay the briefing schedule pending entry of final judgment of the United States District Court for the District of Columbia in a related case,

IT IS ORDERED THAT:

(1) The motion is granted. Bally Gaming, Inc. shall inform this court of the issuance of the district court's final judgment within 60 days from the date of such judgment. The parties shall also file a status report with this court within 180 days of the date of filing of this order, should the district court action not be completed.

(2) The parties' pending motions for extensions of time to file their briefs are moot.

---

FRED HUTCHINSON CANCER RESEARCH CENTER, Argus Genetics, LLC, and Mars, Inc., Plaintiffs–Appellees,

v.

BIOPET VET LAB, INC. and Radio Systems Corp. (Doing Business as Petsafe), Defendants–Appellants.

No. 2011–1249.

United States Court of Appeals,
Federal Circuit.

Aug. 22, 2011.

## ON MOTION

## ORDER

The parties jointly move to dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.